

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00275-CR

| | | |
|---|---|---|
| Nathan Nieuwenhuyse | § | From County Criminal Court No. 1 |
| | § | of Denton County |
| | § | (CR-2016-09009-A) |
| v. | § | November 2, 2017 |
| | § | Opinion by Justice Kerr |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr